IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| Roman Lavar Clement, | ) | Civil Action No.  6:07-1172-HFF-WMC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CONSENT ORDER OF DISMISSAL |
| | ) | |
| Kenan Advantage Group, Inc., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

NOW, THEREFORE, upon Motion of Nelson Mullins Riley & Scarborough, L.L.P., attorneys for Defendant Kenan Transport, LLC, formerly known as Kenan Transport Company, and improperly identified in the caption as Kenan Advantage Group, Inc., and with the consent of Roman Lavar Clement, proceeding *pro se*,

IT IS ORDERED, pursuant to Rule 41 of the Federal Rules of Civil Procedure, that Plaintiff's Complaint in the above-entitled action be dismissed as to Kenan Transport, LLC, with prejudice.

AND IT IS SO ORDERED.

_____
**s/Henry F. Floyd**
The Honorable Henry F. Floyd
United States District Judge

Greenville, South Carolina

November 21, 2007

1

WE CONSENT:

ROMAN LAVAR CLEMENT, PRO SE

By:    /s/ Roman Lavar Clement
       Roman Lavar Clement
       5 Daffodil Lane
       Greenville, SC 29611

       Pro Se Plaintiff


NELSON MULLINS RILEY & SCARBOROUGH LLP


By:    /s/ Jeffrey W. Newman
       Jeffrey W. Newman
       Federal Bar No. 9124
       E-Mail Address:  jeff.newman@nelsonmullins.com
       104 South Main Street / Ninth Floor
       Post Office Box 10084 (29603-0084)
       Greenville, SC  29601
       (864) 250-2300

       Attorneys for Kenan Transport, LLC,
       formerly known as Kenan Transport Company


 Greenville, South Carolina

 _____, 2007